JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN, AND MOTION PICTURE INDUSTRY HEALTH PLAN, | **CASE NO. CV 12-07926 DDP (VBKx)** |
| | **The Hon. Dean D. Pregerson** |
| Plaintiffs, | |
| vs. | **JUDGMENT** |
| YELLOW PRODUCTIONS, LLC, a California limited liability company; SEVEN ARTS PICTURES, INC., aka 7 ARTS PICTURES, INC., a Nevada Corporation; GS ENTERTAINMENT, LLC, a California limited liability company, | |
| Defendants. | |

1    The Court granted Plaintiffs' Motion for Summary Judgment against

2    Defendants Yellow Productions, LLC, and Seven Arts Pictures, Inc., aka 7 Arts

3    Pictures, Inc., finding that there are no material facts in dispute and judgment is

4    proper as a matter of law, as more fully stated in the Order Granting Plaintiffs'

5    Motion for Summary Judgment.  (Docket No. 67.)

6    Plaintiffs have submitted a proposed judgment.  (Docket No. 68.)  The

7    Court largely approves that proposed judgment, but amends it to decrease

8    attorney's fees by the amount attributable solely to the actions of GS

9    Entertainment, a defendant party that settled with Plaintiffs prior to the granting of

10   summary judgment.  Plaintiffs' exhibits in connection with the Motion for

11   Summary Judgment show that they incurred $8,114.50 in attorney's fees and

12   $461.63 in costs "for professional services . . . rendered in connection with the

13   audit of GS Entertainment."  Accordingly, the Court reduces the proposed

14   judgment by those amounts, respectively.  Therefore,

15   IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

16   1.    Judgment is entered in favor of the Plans and against

17   Defendants Yellow Productions, LLC and Seven Arts Pictures, Inc.

18   aka 7 Arts Pictures, Inc., for contributions in the amount of

19   $24,149.29, interest in the amount of $10,000.23 through December

20   31, 2014, liquidated damages in the amount of $10,000.23 through

21   December 31, 2014, audit costs of $10,050.00;

22   2.    Attorney's fees are awarded in favor of the Plans and against

23   Defendants Yellow Productions, LLC, and Seven Arts Pictures, Inc.

24   aka 7 Arts Pictures, Inc. in the amount of $52,471.06;

25   ///

26   ///

27   ///

28   ///

3.      Costs are awarded in favor of the Plans and against Defendants Yellow Productions, LLC and Seven Arts Pictures, Inc. aka 7 Arts Pictures, Inc. in the amount of $867.86.

4.      Interest after the date of this judgment shall be at the ordinary federal statutory rate. 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

DATED: February 03, 2015

THE HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

[PROPOSED] JUDGMENT

12-cv-07926-DDP (VBKx)